CV/~~CR~~ ACTION NO.: C99-250

Rodriguez ) James McMillen

VS.

Checknet, Inc., et al ) Andrew Lehrman,
) Robert Johnson, Jr.

United States District Court
Southern District of Texas
FILED

FEB 7 - 2001

MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

COURTROOM CLERK: Judith F. Alvarez  COURT RECORDER: Genay Rogan
LAW CLERK: Mark Fassold   INTERPRETER:
U. S. MARSHAL:    U. S. P. O.:
CSO: Jeff   TAPE: 2/1 -
DATE: Feb. 7, 2001   OPEN: 1:18 pm   ADJOURN: 2:13 pm

Case called for Hearing on Notice Settlement. Appearances made. Discussion of settlement. Discussion of class certification. Pltff Atty says that he will amend notice to make it more clear of definition of class. The notice will be placed in window of business, Checknet. Discussion of what will occur if Pltff Atty does not agree on proof of ~~check~~ payment. The Court will approve settlement. Modified order will be submitted to Court. Mr. Johnson asks that his name be removed from case since he had only filed a notice of death for Mr. Herin and does not represent anyone in the case. The Court will have the clerk take care of that. Adjourned.

82.